No. 95–1694. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. *v.* DOE. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1004.]

Motion of respondent for leave to proceed further herein *in forma pauperis* granted.